## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BREONIA SAPPHIRE ROBINSON,  *Plaintiff,* | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-1466 |
| TRUMARK FINANCIAL CREDIT UNION, *et al.*,  *Defendants.* | : : : | |

### ORDER

AND NOW, this 17th day of May, 2024, upon consideration of Plaintiff Breonia Sapphire Robinson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Amended Complaint (ECF No. 4) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**